Entered on Docket
July 18, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 18, 2018

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 18-30571 HLB |
| TLC RESIDENTIAL, INC., | ) Chapter 11 |
| Debtor. | ) |

**ORDER DENYING MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**

On July 5, 2018, the court held a preliminary hearing on the U.S. Department of Labor's Motion for Appointment of a Chapter 11 Trustee or Examiner or, in the Alternative, an Exemption from the Automatic Stay Pursuant to Bankruptcy Code § 362(b)(4) to Move for Receiver (the "Motion"; Dkt. 20), and entered a Scheduling Order setting a trial on the Motion. [Dkt. 35.] On July 17, the court convened a trial. Appearances were as noted on the record. On July 18, the court convened a continued hearing on the Motion and read its ruling into the record. For the reasons stated on the record, the court **DENIES** the Motion and **ORDERS** as follows:

(1) Debtor TLC Residential, Inc. ("TLC") shall at all times remain in compliance with the non-monetary provisions of the judgment entered April 5, 2018 in

- 1 -

Acosta v. TLC Residential, Inc., et al., Case No. C 15-02776 (N.D. Cal.) (the "Judgment").

(2) Within 30 calendar days following entry of this order, TLC shall:
   a. File and serve amended schedules and a Statement of Financial Affairs correcting any errors or misstatements;
   b. File and serve an application to employ an accountant; and
   c. If necessary, file and serve a motion requesting retroactive approval of post-petition payments made on account of pre-petition debts.

(3) Within 5 court days following entry of this order, TLC shall file an ex parte application for designation of one or more responsible individuals.

(4) TLC shall timely comply with all statutory or other court-ordered deadlines including, but not limited to, the deadlines pertaining to the filing of monthly operating reports. TLC's monthly operating reports shall be filed on time and shall be complete and accurate in all respects. If any monthly operating reports for periods following entry of this order reflect TLC's payment of any of Francisco Montero's personal expenses, payment of expenses on behalf of any of Mr. Montero's other businesses, or any other inappropriate expenditures, the court **will** an order requiring TLC to appear and show cause as to why a Chapter 11 Trustee should not be appointed. Further,

|   |       | if TLC fails to timely comply with any of the |
|---|---|---|
| 1 |       | requirements imposed by this order, the court **will** |
| 2 |       | issue an order requiring TLC to appear and show cause |
| 3 |       | as to why a Chapter 11 Trustee should not be |
| 4 |       | appointed. |

      (5)    The United States Trustee is **ORDERED** to monitor this case closely.  This shall include, at a minimum, an appearance at each and every status conference convened in this case and the filing and service by the United States Trustee of status conference statements at least 7 days prior to each status conference that advises the court of - at a minimum - any deadlines missed by TLC, of the status of TLC's compliance with requirements pertaining to its monthly operating reports, and of any questionable transactions disclosed in TLC's monthly operating reports.

    The court admonishes TLC, TLC's counsel, and Mr. Montero that it **will not tolerate**:  **(1)** conduct such as that in which Mr. Montero engaged in the District Court; **(2)** the sloppy practice TLC's counsel has exhibited so far; **(3)** the continued subsidization by TLC of Mr. Montero's personal expenses or the expenses of Mr. Montero's other businesses; **and (4)** failure to comply with the non-monetary provisions of the Judgment.  This court is giving TLC one shot - and one shot only - to reorganize.

    The court hereby continues the status conference currently scheduled for August 2, 2018 to **August 30, 2018 at 10:00 a.m.**

- 3 -

at 450 Golden Gate Avenue, 16th Floor, Courtroom 19, San Francisco, California 94102, and orders TLC to file and serve at least 7 days prior to that status conference, a status conference statement that addresses all of the topics required by the court's May 24, 2018 order (Dkt. 4).

**\*\*END OF ORDER\*\***

**Court Service List**

[None]