# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re: TLC RESIDENTIAL INC. § Case No. 18-30571-7-BLH
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $45,045.00　　　　　Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　Without Payment: N/A

Total Expenses of Administration: $10,752.74

3) Total gross receipts of $ 10,752.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,752.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,291.89 | 22,291.89 | 10,752.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 74,840.58 | 74,840.58 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 99,042.87 | 99,042.87 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,397,396.50 | 8,343,630.64 | 8,343,630.64 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,397,396.50 | $8,539,805.98 | $8,539,805.98 | $10,752.74 |

4) This case was originally filed under Chapter 11 on May 23, 2018 and it was converted to Chapter 7 on May 23, 2018. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2019       By: /s/Janina M. Hoskins
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| C11 DIP Account turnover | 1290-010 | 10,752.74 |
| **TOTAL GROSS RECEIPTS** | | **$10,752.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Janina M. Hoskins | 2100-000 | N/A | 1,825.27 | 1,825.27 | 880.44 |
| Other - Rincon Law, LLP | 3210-000 | N/A | 6,875.00 | 6,875.00 | 3,316.23 |
| Other - Rincon Law, LLP | 3220-000 | N/A | 18.09 | 18.09 | 8.73 |
| Other - Richard Pierotti, CPA | 3410-000 | N/A | 1,978.00 | 1,978.00 | 954.11 |
| Other - Richard Pierotti, CPA | 3420-000 | N/A | 76.40 | 76.40 | 36.85 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 6,825.00 | 6,825.00 | 3,292.11 |
| Other - Wei Hong Liu | 2410-000 | N/A | 3,894.13 | 3,894.13 | 1,878.38 |
| Other - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 800.00 | 800.00 | 385.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $22,291.89 | $22,291.89 | $10,752.74 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rincon Law, LLP | 6210-000 | N/A | 33,220.00 | 33,220.00 | 0.00 |
| Rincon Law, LLP | 6220-000 | N/A | 29.00 | 29.00 | 0.00 |
| Wei Hong Liu | 6920-000 | N/A | 41,591.58 | 41,591.58 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $74,840.58 | $74,840.58 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Internal Revenue Service | 5800-000 | 0.00 | 393.30 | 393.30 | 0.00 |
| 2P-2 | U.S. Department of Labor | 5400-000 | N/A | 96,570.00 | 96,570.00 | 0.00 |
| 7 -1 | FRANCHISE TAX BOARD | 5800-000 | 0.00 | 800.00 | 800.00 | 0.00 |
| 10 -1 | City and County of San Francisco | 5800-000 | N/A | 1,279.57 | 1,279.57 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $99,042.87 | $99,042.87 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U-2 | U.S. Department of Labor | 7100-000 | 2,300,381.50 | 2,210,134.00 | 2,210,134.00 | 0.00 |
| 3 -2 | American Express National Bank | 7100-000 | N/A | 6,759.83 | 6,759.83 | 0.00 |
| 4 -1 | National Union Fire Insurance Co of Pittsburg, | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 -2 | Wei Hong Liu | 7100-000 | N/A | 84,100.00 | 84,100.00 | 0.00 |
| 6 -1 | Fog City Law Group | 7100-000 | N/A | 42,636.81 | 42,636.81 | 0.00 |
| 8 -1 | Carol Ohanesian | 7100-000 | N/A | 3,000,000.00 | 3,000,000.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 9 -1 Gary Ohanesian | 7100-000 | N/A | 3,000,000.00 | 3,000,000.00 | 0.00 |
| NOTFILED-1 Tesla Leasing | 7100-000 | 90,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Direct Capital Lease | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Direct Capital | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,397,396.50 | $8,343,630.64 | $8,343,630.64 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 18-30571-7-BLH | **Trustee:** | (007880) Janina M. Hoskins |
| **Case Name:** TLC RESIDENTIAL INC. | **Filed (f) or Converted (c):** | 05/23/18 (f) |
| | **§341(a) Meeting Date:** | 12/19/18 |
| **Period Ending:** 12/04/19 | **Claims Bar Date:** | 01/26/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  C11 DIP Account turnover (u) | 0.00 | 10,752.74 | | 10,752.74 | FA |
| 2  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES   computer and related office equipment (See Footnote) | 5,045.00 | 0.00 | OA | 0.00 | FA |
| 3  Furniture and furnishings and residences (u) (See Footnote) | 19,000.00 | 0.00 | OA | 0.00 | FA |
| 4  Living room furniture (u)   used living room furntiure at homes (See Footnote) | 16,500.00 | 0.00 | OA | 0.00 | FA |
| 5  Used refrigerators (u) (See Footnote) | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 6  Proprietary software database (u) | Unknown | 0.00 | | 0.00 | FA |
| 6  **Assets**  **Totals** (Excluding unknown values) | **$45,045.00** | **$10,752.74** | | **$10,752.74** | **$0.00** |

| | |
|---|---|
| RE PROP# 2 | Abandonned- Dckt. 138 |
| RE PROP# 3 | Abandonned- dckt. 132 |
| RE PROP# 4 | Dckt. 132 |
| RE PROP# 5 | Dckt. 132 |

**Major Activities Affecting Case Closing:**

  11/19/18- C.11 conversion- new case file opened for C. 7 case
  12/12/18- confirm abandonment of furnishings and office equipment- used items, costs to remove, no value
  1/23/19- conduct 341
  2/12/19- review MRS Order re landlord protection relief from stay- leases expired pre appointment as C. 11 trustee as a matter of law- not a C 7 asset
  3/15/19- conffirm C 7 courses of action with counsel, fee apps and close
  4/15/19- confirm accountant's employment Order
  4/1/19- pending final tax return then TFR

**Initial Projected Date Of Final Report (TFR):**  September 30, 2019   **Current Projected Date Of Final Report (TFR):**  August 7, 2019 (Actual)

Case: 18-30571   Doc# 170   Filed: 01/13/20   Entered: 01/13/20 11:08:49   Page 6 of 7
Printed: 12/04/2019 09:39 AM   V.14.50

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-30571-7-BLH | **Trustee:** | Janina M. Hoskins (007880) | |
| **Case Name:** | TLC RESIDENTIAL INC. | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******4566 - Checking Account | |
| **Taxpayer ID #:** | **-***2503 | **Blanket Bond:** | $55,486,801.00 (per case limit) | |
| **Period Ending:** | 12/04/19 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/07/19 | {1} | Wells Fargo Bank | C. 11 DIP account turnover | 1290-010 | 10,752.74 | | 10,752.74 |
| 10/31/19 | 101 | Janina M. Hoskins | Dividend paid 48.23% on $1,825.27, Trustee Compensation; Reference: | 2100-000 | | 880.44 | 9,872.30 |
| 10/31/19 | 102 | Richard Pierotti, CPA | Dividend paid 48.23% on $76.40, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 36.85 | 9,835.45 |
| 10/31/19 | 103 | Richard Pierotti, CPA | Dividend paid 48.23% on $1,978.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 954.11 | 8,881.34 |
| 10/31/19 | 104 | Rincon Law, LLP | Dividend paid 48.23% on $6,875.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 3,316.23 | 5,565.11 |
| 10/31/19 | 105 | Rincon Law, LLP | Dividend paid 48.23% on $18.09, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 8.73 | 5,556.38 |
| 10/31/19 | 106 | OFFICE OF THE UNITED STATES TRUSTEE | Dividend paid 48.23% on $6,825.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 3,292.11 | 2,264.27 |
| 10/31/19 | 107 | Wei Hong Liu | Dividend paid 48.23% on $3,894.13, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 1,878.38 | 385.89 |
| 10/31/19 | 108 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend paid 48.23% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 385.89 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 10,752.74 | 10,752.74 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 10,752.74 | 10,752.74 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $10,752.74 | $10,752.74 | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4566** | 10,752.74 | 10,752.74 | 0.00 |
| | $10,752.74 | $10,752.74 | $0.00 |

{} Asset reference(s)